**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NATIONAL SECURITY COUNSELORS,

    Plaintiff,

    v.

CENTRAL INTELLIGENCE AGENCY, *et al.*,

    Defendants.

Case: 1:11-cv-00445 (BAH)

## PLAINTIFF'S MOTION FOR ENTRY OF A BIFURCATED BRIEFING SCHEDULE

NOW COMES Plaintiff National Security Counselors to respectfully request that the Court bifurcate the briefing for this case and accordingly order the parties to adhere to the following briefing schedule:

- 27 July 2012 – Defendants Central Intelligence Agency ("CIA"), Office of the Director of National Intelligence ("ODNI"), and National Security Agency ("NSA") submit a Motion for Partial Summary Judgment on Counts 1-3, 6-7, 10, and 12-13.  Subsequent briefing of this motion would follow the standard timeline.

- 28 September 2012 – Defendants Defense Intelligence Agency ("DIA"), Department of Justice ("DOJ"), and Department of State ("State") submit a Motion for Partial Summary Judgment on Counts 5, 8, and 9.  Subsequent briefing of this motion would follow the standard timeline.

Plaintiff has good cause to request this relief.  All defendants except DIA completed processing of their respective Freedom of Information Act ("FOIA") requests quite some time

ago, and only DIA is still processing a FOIA request. CIA and ODNI completed their processing of the FOIA requests at issue in Counts 1-3, 6-7, and 12 in 2010, months before this case was even filed. NSA completed its processing of the FOIA request at issue in Count 10 in June 2011 and indicated at that time that it would not process the request further. CIA completed its processing of the FOIA request at issue in Count 13 in October 2011 and referred records to the Federal Bureau of Investigation, which completed its processing of the referred records last week.[1]

In other words, Defendants are holding the briefing of eight separate FOIA requests hostage to one agency's delayed processing of one request. DIA has estimated that it will not complete processing of the FOIA request at issue in Count 5 until August 2012. Given the age of these requests, how long they have been completed, and the public interest in prompt resolution of FOIA controversies, Plaintiff respectfully requests that the Court order Defendants to promptly brief the counts they have already had ample time to prepare.

In addition, Plaintiff requests that the Court order DIA to issue within two weeks an interim release of all records already processed in response to the FOIA request at issue in Count 5. Despite Plaintiff's multiple requests for interim releases made on a rolling basis since submitting this FOIA request in 2009, DIA has made no release to date regarding this request.

---

[1] In fact, DOJ and State have already completed processing the FOIA requests at issue in Counts 8-9 as well, and the only reason Plaintiff is proposing delaying their filings until September is because the parties are currently involved in negotiations regarding those two requests.

Defendants object to this Motion.  Defendants' counsel indicated that Defendants plan to wait until DIA finishes its production to before they file a Motion for Summary Judgment on all remaining counts.[2]  A proposed order accompanies this Motion.

Date: June 26, 2012

                                                Respectfully submitted,

                                                /s/ Kelly B. McClanahan
                                                Kelly B. McClanahan, Esq.
                                                D.C. Bar #984704
                                                National Security Counselors
                                                1200 South Courthouse Road
                                                Suite 124
                                                Arlington, VA  22204
                                                301-728-5908
                                                240-681-2189 fax
                                                Kel@NationalSecurityLaw.org

                                                *Counsel for Plaintiff*

---

[2] The counts not listed herein are properly the subject of a Motion to Dismiss filed by Defendants last year.