**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL SECURITY COUNSELORS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CENTRAL INTELLIGENCE AGENCY, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 11-445 (BAH)<br><br>Judge Beryl A. Howell |

## ORDER

Upon consideration of the defendants' Motion for Summary Judgment on Counts 1, 2, 3, 5, 6, 7, 8, 9, 10 and 13, ECF No. 29, the plaintiff's Motion for Leave to File a Second Amended Complaint, ECF No. 36, the defendants' Motion for Summary Judgment on Counts Twelve and Twenty, ECF No. 42, the plaintiff's Cross Motion for Summary Judgment on Count Twenty, ECF No. 44, the memoranda submitted in support and opposition, the First Amended Complaint, ECF No. 7, and the entire record herein, for the reasons stated in the accompanying Memorandum Opinion it is hereby

**ORDERED** that the defendants' Motion for Summary Judgment to the defendant Central Intelligence Agency ("CIA") on Count Twelve is GRANTED; and it is further

**ORDERED** that the defendants' Motion for Summary Judgment is GRANTED in part and DENIED in part to the defendant CIA on Count One. The motion is DENIED with respect to (1) the defendant CIA's withholding of responsive information under Exemption 3 of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and the CIA Act, 50 U.S.C. § 403g, (2) the defendant CIA's withholding of responsive information under FOIA Exemption 5 and (3) the

defendant CIA's withholding of document C05366473 under FOIA Exemption 1. The motion is GRANTED on Count One in all other respects; and it is further

**ORDERED** that defendants' Motion for Summary Judgment is GRANTED in part and DENIED in part to the defendant CIA on Count Two. The motion is DENIED with respect to (1) the defendant CIA's withholding of responsive information under FOIA Exemption 3 and the CIA Act, 50 U.S.C. § 403g, (2) the defendant CIA's withholding of responsive information under FOIA Exemption 5, and (3) the defendant CIA's withholding of the following eight documents under FOIA Exemption 1: C01499710, C05403192, C05403194, C05403197, C05403198, C05403199, C05403203, and C05549838. The motion is GRANTED on Count Two in all other respects; and it is further

**ORDERED** that the defendants' Motion for Summary Judgment is GRANTED in part and DENIED in part to the defendant CIA on Count Three. The motion is DENIED with respect to (1) the defendant CIA's withholding of responsive information under FOIA Exemption 3 and the CIA Act, 50 U.S.C. § 403g; and (2) the defendant CIA's withholding of responsive information under FOIA Exemption 5. The motion is GRANTED on Count Three in all other respects; and it is further

**ORDERED** that the defendants' Motion for Summary Judgment is GRANTED in part and DENIED in part to the defendant Defense Intelligence Agency ("DIA") on Count Five. The motion is DENIED with respect to the defendant DIA's withholding of responsive information under FOIA Exemption 5. The motion is GRANTED on Count Five in all other respects; and it is further

**ORDERED** that the defendants' Motion for Summary Judgment is DENIED to the defendant Director of National Intelligence ("ODNI") on Count Six; and it is further

**ORDERED** that the defendants' Motion for Summary Judgment is GRANTED in part and DENIED in part to the defendant CIA on Count Seven.  The motion is DENIED with respect to (1) the defendant CIA's withholding of the following thirteen documents under FOIA Exemption 2: C05520233, C05520227, C05520231, C05520236, C05520235, C05520226, C05520181, C05520232, C05520213, C05520218, C05520223, C05520228, and C05520234, (2) the defendant CIA's withholding of responsive information under FOIA Exemption 3 and the CIA Act, 50 U.S.C. § 403g; and (3) the defendant CIA's withholding of responsive information under FOIA Exemption 5.  The motion is GRANTED on Count Seven in all other respects; and it is further

**ORDERED** that the defendants' Motion for Summary Judgment is GRANTED in part and DENIED in part to the defendant Department of Justice ("DOJ") on Count Eight. The motion is DENIED to the defendant DOJ with respect to the portions of Documents 3 and 13 that were publicly disclosed in the documents submitted by the plaintiff.    The motion is GRANTED with respect to the plaintiff's challenge to the DOJ's withholding of Document 11, as moot, and on Count Eight in all other respects; and it is further

**ORDERED** that the defendants' Motion for Summary Judgment is GRANTED in part and DENIED in part to the defendant State Department on Count Nine. The motion is DENIED with respect to (1) the adequacy of the defendant State Department's search efforts; and (2) the defendant State Department's refusal to produce responsive records in an electronic format.  The motion is GRANTED on Count Nine in all other respects; and it is further

**ORDERED** that the defendants' Motion for Summary Judgment is DENIED to the defendant National Security Agency on Count Ten; and it is further

**ORDERED** that the defendants' Motion for Summary Judgment is DENIED to the defendant CIA on Count Twelve; and it is further

**ORDERED** that the defendants' Motion for Summary Judgment is DENIED to the defendant CIA on Count Thirteen. The motion is DENIED on Count Thirteen with respect to (1) the defendant CIA's withholding of responsive information under FOIA Exemption 3 and the CIA Act, 50 U.S.C. § 403g and (2) the defendant CIA's withholding of responsive information under FOIA Exemption 5; and it is further

**ORDERED** that the defendants' Motion for Summary Judgment on Count Twenty is DENIED; and it is further

**ORDERED** that the plaintiff's Cross Motion for Summary Judgment on Count Twenty is GRANTED; and it is further

**ORDERED** that the plaintiff's Motion for Leave to File a Second Amended Complaint is DENIED; and it is further

**ORDERED** that the parties jointly file, within twenty days of this Order, the following: (1) a status report that sets forth a list of the records that remain in dispute, in light of the Memorandum Opinion accompanying this Order, and that identifies each such disputed record by a Bates number, or other unique identifier, and by citation to the particular page(s) of the *Vaughn* index where the disputed record is described; and (2) a proposed briefing schedule for any further proceedings in this matter, including deadlines for the submission of any renewed dispositive motions, supplementary *Vaughn* indices, or supplementary declarations.

**SO ORDERED.**

Date: August 15, 2013

                                                  /s/ *Beryl A. Howell*
                                                  BERYL A. HOWELL

                                                United States District Judge