# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATIONAL SECURITY COUNSELORS,    *
                                      *

          Plaintiff,           *

          v.           *

                                        *    Civil Action Nos.:    1:11-cv-00444 (BAH)

CENTRAL INTELLIGENCE AGENCY,    *                       1:11-cv-00445 (BAH)
*et al.*,                                        *

          Defendants.           *

*    *    *    *    *    *    *    *    *    *    *    *    *

## <u>ORDER</u>

UPON CONSIDERATION OF Plaintiff's Motion to Bifurcate Briefing and Set Briefing

Schedule, and the entire record herein, it is this _____ day of _____, 2014,

**ORDERED** that Plaintiff's Motion is **GRANTED**.


_____
Beryl A. Howell
United States District Judge