**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NATIONAL SECURITY COUNSELORS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No.: 1:11-cv-00445 (BAH) |
| CENTRAL INTELLIGENCE AGENCY, | * | |
| *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## <u>PLAINTIFF'S RESPONSE TO THE COURT'S 3 NOVEMBER 2014 ORDER</u>

Plaintiff responds to the Court's Minute Order of 3 November 2014 as follows.

Defendant Central Intelligence Agency ("CIA") has agreed to release a subset of the requested

records in electronic format, and Plaintiff has agreed to consider this release a sufficient

response. This change in position effectively moots the electronic records portion of

Defendants' Motion for Summary Judgment and Plaintiff's Second Motion for Partial Summary

Judgment. (*See* Defs.' Reply Supp. of Mot. Summ. J. & Opp'n Pl.'s Cross-Mots. Summ. J., Dkt.

#77, at 1 n.1 (filed Oct. 7, 2014) ("The parties have successfully resolved . . . the electronic

records issue that has been raised both in this action and in the related action *NSC v. CIA*, Case

No. 11-444."); Pl.'s Reply Mem. Opp'n Defs.' Mot. Summ. J. on All Remaining Claims & Supp.

Pl.'s Cross-Mot. Part. Summ. J., Dkt. #79, at 2-3 (filed Nov. 1, 2014) ("The following issues

raised in NSC's Opposition and Cross-Motion are no longer in controversy, for the stated

reasons: . . . CIA's failure to provide releases in electronic format, due to the fact that CIA

reversed its position and provided the requested electronic records.") (citation omitted).)

Date:   November 4, 2014

                                        Respectfully submitted,

                                         /s/ Kelly B. McClanahan
                                        Kelly B. McClanahan, Esq.
                                        D.C. Bar #984704
                                        National Security Counselors
                                        1200 South Courthouse Road
                                        Suite 124
                                        Arlington, VA  22204
                                        301-728-5908
                                        240-681-2189 fax
                                        Kel@NationalSecurityLaw.org

                                        *Counsel for Plaintiff*

2